USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

CHANTAL DE LOS SANTOS,

                           Defendant.

------------------------------------------------------------------X

24-MG-1379 (VEC)
24-CR-___

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's arraignment and plea conference is scheduled for **Monday, August 19, 2024 at 10:15 A.M.**

IT IS HEREBY ORDERED that Defendant's arraignment and plea conference will be held on **Tuesday, August 27, 2024 at 10:00 A.M.** The proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: August 16, 2024**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**